FILED

03/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0630

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

      Petitioner and Appellant,

    and

STEVEN THOMAS WILLIAMS,

      Respondent and Appellee.

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on March 29, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(d) requires a "statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear[.]" The Appellant's opening brief, while it contains some citations to the record, also includes numerous "placeholder cites" in locations throughout the brief where it appears the Appellant planned to fill in a citation to the record, but never did.

M. R. App. P. 12(1)(g) requires an argument section which contains "the contentions of the appellant with respect to the issues presented, and the reasons therefor, with citations to the authorities, statutes, and pages of the record relied on[.]" The argument section of the Appellant's opening brief contains numerous incomplete sentences and thoughts, once again with "placeholder cites," and therefore does not comply with the rule.

M. R. App. P. 12(1)(i) requires an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the

court, and those pages of the transcript containing any oral ruling in support." The Appellant's opening brief, while it contains a table of contents for an appendix, does not actually contain an appendix.

We note that this is the fourth appeal by Appellant arising out of Yellowstone County Cause No. DR-19-893, and the three previous appeals have been dismissed after Appellant failed to follow the Montana Rules of Appellate Procedure. We caution Appellant that any future filings in this matter which fail to follow the Montana Rules of Appellate Procedure may subject the case to summary dismissal.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that any future filings by the Appellant must comply with the Montana Rules of Appellate Procedure or be subject to summary dismissal;

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
March 29 2022